IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DARLA YOOS, et al.              *

    Plaintiffs          *

      vs.                    *   CIVIL ACTION NO. MJG-12-1696

PUBLISH AMERICA, LLLP           *

    Defendant           *

\*   \*   \*   \*   \*   \*   \*   \*   \*

JUDGMENT ORDER

By separate Order issued this date, the Court has dismissed all claims.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Publish America, LLLP against Plaintiffs Darla Yoos et al dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Tuesday, October 9, 2012.

                              /s/_____
                            Marvin J. Garbis
                     United States District Judge